UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08mj1550 |
| ) | |
| v. ) | |
| ) | |
| JORGE ALBERTO VILLALOBOS-BAHENA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  May 22, 2008                            /s/ John  C. Ellis, Jr.
                                                JOHN C. ELLIS, JR.
                                                Federal Defenders
                                                225 Broadway, Suite 900
                                                San Diego, CA 92101-5030
                                                (619) 234-8467  (tel)
                                                (619) 687-2666  (fax)
                                                john_ellis@fd.org